No. A–1101. SAYLES *v.* HART, U. S. DISTRICT JUDGE. Application to vacate the order of the United States Court of Appeals for the District of Columbia Circuit, addressed to MR. JUSTICE BRENNAN and referred to the Court, denied.

No. A–1138. HOMEOWNER'S ENTERPRISES, INC. *v.* THOMPSON ET AL. Application for stay of trial proceedings, addressed to MR. JUSTICE BRENNAN and referred to the Court, denied.

No. A–1154. WOOD, DBA NATIONAL PHOTO SERVICES *v.* CHACE COMPANY ADVERTISING, INC., ET AL. Application for recall and stay of the mandate of the United States Court of Appeals for the Ninth Circuit, addressed to MR. JUSTICE BRENNAN and referred to the Court, denied.

No. A–1160. PAYNE *v.* UNITED STATES. Application for bail pending appeal to the United States Court of Appeals for the Seventh Circuit, addressed to MR. JUSTICE STEWART and referred to the Court, denied.

No. A–1169. QUINAULT PACIFIC CORP. ET AL. *v.* AETNA BUSINESS CREDIT, INC., ET AL. Application for stay, addressed to MR. JUSTICE STEVENS and referred to the Court, denied.

No. A–27. PRINCE GEORGE'S COUNTY, MARYLAND *v.* STATE WATER CONTROL BOARD ET AL. Application for stay of an order of the United States District Court for the District of Columbia, addressed to MR. JUSTICE REHNQUIST and referred to the Court, denied.

No. A–77. ALADDIN HOTEL CORP. ET AL. *v.* NEVADA GAMING COMMISSION ET AL. C. A. 9th Cir. Application for stay, addressed to MR. JUSTICE STEVENS and referred to the Court, denied.